IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:05-cr-00018-MP-AK

XZABIA LAVON SMITH,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 45, Motion to Continue the trial currently set for August 9, 2005, filed by Xzabia Lavon Smith. A teleconference was held on the motion on Thursday, July 28, 2005. By making the motion and during the hearing, defendant waived his speedy trial rights with regard to this motion. The motion is granted and the clerk is directed to reset this trial for Tuesday, September 13, 2005, at 12:30 p.m.

    **DONE AND ORDERED** this  *2nd*  day of August, 2005

                              *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge