IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:05-cr-00018-MP-AK

XZABIA LAVON SMITH,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 147, Motion to Continue by Xzabia Lavon Smith. The government does not object. The motion is granted, and the hearing on the petition alleging violation of supervised release is continued and reset for May 14, 2009, at 1:15 p.m.

**DONE AND ORDERED** this  *15th*  day of April, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge